```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA         :
                                       INDICTMENT
    - v. -                       :
                                       07 CRIM. 616
JERMAINE QUINONES,               :

              Defendant.         :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2007

## COUNT ONE

The Grand Jury charges:

From in or about April 2006, up to and including on or about May 11, 2006, in the Southern District of New York, JERMAINE QUINONES, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, QUINONES sold firearms which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The Grand Jury further charges:

On or about January 5, 2007, in the Southern District of New York, JERMAINE QUINONES, the defendant, unlawfully, intentionally, and knowingly did possess with intent to

distribute a controlled substance, to wit, approximately 27 grams of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**JERMAINE QUINONES,**

Defendant.

---

<u>**INDICTMENT**</u>

07 Cr.

(18 U.S.C. §§ 2, 922(a)(1)(A), and 21
U.S.C. §§ 812, 841(a)(1), and
841(b)(1)(C).)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

7/9/07 — Filed Indictment.
G-C

Katz, USMJ