✎ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

       - v -                    :

JOHN DOE,                          :

            Defendant.      :

- - - - - - - - - - - - - - - x

**07 CRIM. 616**

NOTICE OF INTENT TO
FILE AN INFORMATION

*JUDGE PATTERSON*

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            June 26, 2007

                                      MICHAEL J. GARCIA
                                      United States Attorney

                      By: _____
                          Todd Blanche
                          Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTR...
DOC...
6/27/07

                      AGREED AND CONSENTED TO:

                      By: _____
                          Philip L. Weinstein
                          Attorney for John Doe

6/27/07 WHEEL A