UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA      :

  -v.-                       :

JERMAINE QUINONES,          :

           Defendant.    :

------------------------------------x

**SUPERSEDING**
**INFORMATION**

S1 07 Cr. 616 (RPP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED SEP 2 6 07

### COUNT ONE

The United States Attorney charges:

1.    From in or about April 2006, up to and including on or about May 11, 2006, in the Southern District of New York and elsewhere, JERMAINE QUINONES, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, QUINONES sold firearms which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A).)

### COUNT TWO

The United States Attorney further charges:

2.    At various times in 2006 and 2007, in the Southern District of New York and elsewhere, JERMAINE QUINONES, the defendant, unlawfully, intentionally, and knowingly did possess with intent to distribute a controlled substance, to wit,

mixtures and substances containing a detectable amount of

marijuana and heroin.

    (Title 21, United States Code, Sections 812, 841(a)(1), and

      841(b)(1)(C); Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JERMAINE QUINONES,

Defendant.

SUPERSEDING
INDFORMATION

S1 07 Cr. 616 (RPP)

(18 U.S.C. §§ 2, 922(a)(1)(A), and 21
U.S.C. §§ 812, 841(a)(1), and
841(b)(1)(C).)

MICHAEL J. GARCIA
United States Attorney.

*9/26/07 - Defendant present w/ atty Weinstein. AUSA Blanche present.
Deft. arraigned & enters plea of guilty. Allocution conducted,
Court accepts plea. Bail condition modification - Deft to have
contact with his PTS Officer by phone once a week. PSR not ordered,
cntrol date set for 3/26/08 at 4PM. $'s bail continued.*

*Patterson, J.*