UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :

    - v. -                        :     **WAIVER OF INDICTMENT**

JERMAINE QUINONES,                :     S1 07 Cr. 616 (RPP)

             Defendant.       :

------------------------------------x

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 922(a)(1)(A) and 2, and Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                        Defendant

                                        _____
                                        Witness

                                        _____
                                        Counsel for Defendant

Date:    New York, New York
         September 26, 2007

0202

